IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRADY K. ARMSTRONG,** | CIV S-08-0039 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **SILVEA GARCIA, et al.,** | |
| Defendants. | |

    Good cause having been shown, Defendants Turner, James, and Young are granted an additional thirty days, to and including October 2, 2008, within which to file their responsive pleading.

DATED: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1