IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

        Plaintiff,                    No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 26, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Gellette was returned unserved. Plaintiff must provide additional information to serve this defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed January 7, 2008; and

1

1       2. Within sixty days from the date of this order, plaintiff shall complete and
2 submit the attached Notice of Submission of Documents to the court, with the following
3 documents:
4       a. One completed USM-285 form for defendant Gellette; and
5       b. Two copies of the endorsed complaint filed January 7, 2008;
6 DATED: September 16, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
arms0039.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | |
| Plaintiff, | No. CIV S-08-0039 FCD KJM P |
| vs. | |
| SILVEA GARCIA, et al., | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      1      completed USM-285 forms

      2      copies of the January 7, 2008 Complaint

DATED:

                                     Plaintiff