IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,                    No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

    Defendants.            <u>ORDER</u>

           Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a request for leave to file an amended complaint. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

           1. Plaintiff's request for leave to file an amended complaint (#25) is granted;

           2. Plaintiff's complaint is dismissed;

           3. Plaintiff shall file an amended complaint within thirty days of this order;

           4. Defendants' motion to dismiss (#21) is denied without prejudice to renewal after plaintiff files his amended complaint; and

/////

/////

5. Defendants need not take any further action until informed to do so by the court.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

arms0039.lta