IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

       Plaintiff,                    No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

       Defendants.         <u>ORDER</u>

_____/

       Plaintiff has requested extensions of time to file an opposition to defendants' motion to dismiss. Defendants' motion to dismiss was denied pursuant to the court's October 23, 2008 order. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motions for extension of time (docket nos. 27 and 29) are denied as moot.

DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

/md
arms0039.36(3)