IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

        Plaintiff,                   No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

        Defendants.             <u>ORDER</u>

/

        On January 7, 2009, plaintiff filed a document in which he seeks an extension of time and the return of property. Because there are no deadlines established in this case and because plaintiff fails to show that any injunctive relief is warranted, plaintiff's requests (#36) are denied. To the extent plaintiff seeks relief because his litigation efforts in other cases are being hampered, he is directed to seek relief in those cases.

DATED: April 24, 2009.

                                                    U.S. MAGISTRATE JUDGE

1
arms0039.req