IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

      Plaintiff,                     No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

      Defendants.               <u>ORDER</u>

           Plaintiff requests that the court order prison officials to provide him with a typewriter. However, plaintiff fails to point to good legal cause why the court should do so in this action, which is not proceeding on any claims related to access to a typewriter. Therefore, his requests (#40, #42 & #45) are denied. To the extent plaintiff believes he is being denied a typewriter in violation of his civil rights, he may wish to consider raising such concerns, if at all, in a separate lawsuit.

DATED: July 14, 2009.

                                        U.S. MAGISTRATE JUDGE

1
arms0039.typ