IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

        Plaintiff,                     No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

        Defendants.             <u>ORDER</u>

           /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 15, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Gellette was returned unserved because he could not be located with the information provided by plaintiff. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed December 15, 2008; and

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for defendant Gellette; and

   b. Two copies of the endorsed complaint filed December 15, 2008.

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
arms0039.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,                              No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,                 <u>NOTICE OF SUBMISSION</u>

    Defendants.                         <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      <u>  1  </u>    completed USM-285 forms

      <u>  2  </u>    copies of the <u>December 15, 2008</u>
                                      Amended Complaint

DATED:

                                            _____
                                            Plaintiff