1  **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Ste. 290
2   Sacramento, CA  95822
    (916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021

5   Attorneys for defendant
    ROHLFING
6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10  BRADY K. ARMSTRONG,            )   CASE NO: 2:08-CV-00039 FCD KJM
                                   )
11              Plaintiff,         )   **SUBSTITUTION OF ATTORNEYS**
                                   )   **FOR DEFENDANT JEFFREY ROHLFING,**
12  vs.                            )   **M.D.**
                                   )
13  SILVEA GARCIA, et al.,         )
                                   )
14              Defendant.         )
                                   )
15  Are being sued in their own individual )
    and in their official capacities       )
16  _____    )

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  *Armstrong v. Garcia et al* [2:08-CV-00039 FCD KJM]/Rohlfing Substitution of Attorneys          Page 1

1  Defendant JEFFREY ROHLFING, M.D. hereby substitutes the following counsel
2  in place and in stead of the Attorney General's Office:

3  Kathleen J. Williams, CSB #127021
   WILLIAMS & ASSOCIATES
4  1250 Sutterville Road, Suite 290
   Sacramento, CA 95822
5  (916) 456-1122
   (916) 737-1126 (fax)

7  Counsel in this matter are requested to direct all communications to the above-
8  referenced address beginning immediately.
9  I consent to this substitution.
10 Dated: 12/8/09                 ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

12                                By:/s/ "Barry Alves" (original signature retained by counsel)
                                  Barry Alves, Deputy Attorney General
13                                Attorney for defendant JEFFREY ROHLFING, M.D.

14 I consent to this substitution.
15 Dated: 12/10/09                By:/s/ "Jeffrey Rohlfing, M.D."(original signature retained by counsel)
                                  JEFFREY ROHLFING, M.D.

17 I accept this substitution.
18 Dated: 12/14/09                WILLIAMS & ASSOCIATES

20                                By:/s/ Kathleen J. Williams
                                  Kathleen J. Williams, CSB #127021

21 **IT IS SO ORDERED.**
22 Dated: January 6, 2010.
23                                _____
                                  U.S. MAGISTRATE JUDGE

28 *Armstrong v. Garcia et al* [2:08-CV-00039 FCD KJM]/Rohlfing Substitution of Attorneys          Page 2