IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

        Plaintiff,               No. CIV S-08-0039 FCD KJM P

     vs.

SILVEA GARCIA, et al.,

        Defendants.       ORDER

_____/

        Plaintiff has asserted in several documents that, due to difficulties he has with writing, he requires a typewriter to draft documents necessary for filing in this action.  Within ten days, counsel for defendants shall inform the court whether the warden at plaintiff's prison is willing and able to allow plaintiff to use a typewriter to draft documents that must be filed in this action.

DATED:  January 11, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
arms0039.36(6)