IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,                   No. CIV S-08-0039 FCD KJM P

    vs.

SILVEA GARCIA, et al.,

    Defendants.          <u>ORDER</u>

_____/

       The motion filed by plaintiff on April 6, 2010 is essentially duplicative of a motion which was denied on April 7, 2010. The April 6 motion (docket no. 93) is denied and plaintiff is reminded about the court's admonition as to the filing of frivolous motions or making frivolous requests.

DATED: April 15, 2010.

_____
U.S. MAGISTRATE JUDGE

1
arms0039.dup